**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **GRANT** appellee's October 21, 2013 unopposed motion for leave to file the appendix to its brief under seal.

/s/ DAVID LEWIS
   JUSTICE